UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BOBBY JAMES CREEL                                                          PLAINTIFF

VERSUS                                          CIVIL ACTION NO. 1:08CV89-RHW

POLICE CHIEF JIM LUKE et al                                          DEFENDANTS

## FINAL JUDGMENT

In accordance with the requirement for a separate document pursuant to Federal Rule of

Civil Procedure 58(a) and based on the reasons set forth in the Memorandum Opinion and Order

entered by this Court, the Court hereby enters its Final Judgment in the above-captioned matter.

It is ordered that the Plaintiff's claims against the Defendant are DISMISSED without

prejudice for failure to prosecute.

SO ORDERED, this the 29th day of October, 2008.

s/ *Robert H. Walker*
UNITED STATES MAGISTRATE JUDGE